SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Email: Sean_Kennedy@fd.org)
JOAN POLITEO (No. 127166)
Deputy Federal Public Defender
(Joan_Politeo@fd.org)
3801 University Avenue, Suite 150
Riverside, California 92501
Telephone (951) 276-6346
Facsimile (951) 276-6368

Attorneys for Defendant
RAMON RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAMON RODRIGUEZ,<br><br>　　　　　Defendant. | ED CR 08-168-RT<br><br>DEFENDANT'S LETTER AND DOCUMENT RE: SENTENCING<br><br>Sentencing Hrg Date: 11/15/10<br>Sentencing Hrg Time: 1:30 p.m. |

　　　Defendant, Ramon Rodriguez, by and through his counsel of record, hereby submits the attached letter and document for the Court's consideration at the time of his sentencing hearing.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　SEAN K. KENNEDY
　　　　　　　　　　　　　　　　Federal Public Defender


DATED: November 10, 2009　　　By_____/S/_____
　　　　　　　　　　　　　　　　JOAN POLITEO
　　　　　　　　　　　　　　　　Deputy Federal Public Defender



**TERRY NAFISI**
District Court Executive and
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

COURT INTERPRETER SERVICES
213-894-4370
FAX 213-894-5483

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

## DECLARATION OF INTERPRETER

I, the undersigned, say:

I am an official court interpreter of English and ___Spanish___.
I certify that the attached translation from ___Spanish___ into ___English___
is true and correct to the best of my abilities and belief.

### Description of Document(s)

Certificate of studies and letter to the Judge from defendant Ramon Rodriguez

Executed under penalty of perjury on ___November 3, 2010___ at ___Los Angeles___, California.

Elisa Cabal
Name of Interpreter

_[signature]_
Signature of Interpreter

Case Name      : US v. Ramon Rodriguez
Case Number  : EDCR08-168-RT
Ordered by     : DFPD Joan Politeo
File Name        : ED08168RT.eic
Words/Pages  : 333 words

I-1 (09/08)                                   DECLARATION OF INTERPRETER

TRANSLATION

Dear Judge,

First of all, I would like to apologize to all of you for the trouble I have caused my family and the Law here in the United States. I hope that you will excuse me if I say something wrong in this letter, as you know, my name is Ramón Rodriguez and I left my country of Puerto Rico in search of new barriers [sic], in other words, a new life.

I was living in Newark, N.J. for five years. I did not get good opportunities. It was the first time I left my country but thank God, I moved to California. I worked for a paint company by the name of David Hopkins in Colton, CA. That was where I met the mother of my child. We married, we had Raymond Jr. Rodriguez, my son never knew of the negative things I did on the street, to him I am his #1 father.

I have a girlfriend by the name of Nicole Nanez, she has two children R████, C████ Nanez, to them, I am their father. I pray to God to be done with this case soon in order to rejoin them again. May God bless.

Sincerely,

Ramon Rodriguez

ED08168RT.eic

Estimado: Juez

Primero quiero pedirles Disculpas por todos los problemas que le He causado a mi familia y a la ley de los Estados Unidos. Espero que me disculpe si Digo algo malo en esta carta como usted sabe mi nombre es Ramón Rodriguez yo deje mi pais puerto Rico para Buscar Nuevas Barreras. Hocea Nueba vida Estube viBiendo en Newark N.J por 5 Años. No Tube una Buena oportunidad. Siendo la primera Bez que salia De mi paiz. pero Gracias a Dios me cambie para California estube TraBaJando para una compañia De pintura llamada David Hopkins en Colton CA. Hay fue cuando conoci a la madre De mi Hijo me case, TuBimos a Raymond JR Rodriguez Nunca mi Hijo supo De las cosas que yo Hacia. Negativas en la calle para el yo soy su padre #1. Tengo una Novia llamada Nicole Nanez Tiene Dos Hijos R███ i c███ Nanez para ellos yo soy su padre. Hespero en Dios salir pronto De este caso. para Borber a estar Juntos otra Bez. que Dios los Bendiga.

Att
Ramon Rodriguez

TRANSLATION

[Letterhead] COMMONWEALTH OF PUERTO RICO
Dr.Pedro Perea Fajardo Vocational High School
P.O. Box 1330
Mayaguez, P.R. 00681

Date: August 22, 2003

CERTIFICATION

TO WHOM IT MAY CONCERN:

I hereby certify that Ramón Rodriguez Rosario was a student at the Dr. Pedro Perea Fajardo Vocational High School of Mayaguez during the 1985 - 1988 school years and he took a course in Welding and General Studies.

(X) He graduated on the date of: May 27, 1988
( ) He did not complete the course

Issued upon request by: studies [sic]

Sincerely,

[Signature illegible]
Gladys M. Hernandez Ortiz
Principal

[Document bears the imprint of a round rubber stamp in lower left corner that reads as follows:]

Dr. Pedro Perea Fajardo Vocational High School
Mayaguez

ED08168RT.eic



ESTADO LIBRE ASOCIADO DE PUERTO RICO
ESCUELA SUPERIOR VOCACIONAL
DR. PEDRO PEREA FAJARDO
P.O. BOX 1330
MAYAGÜEZ, P.R. 00681

Fecha: 22/agosto/03

CERTIFICACION

A QUIEN PUEDA INTERESAR:

Por este medio certifico que *Ramón Rodríguez Rosario* fue estudiante de la Escuela Superior Vocacional, Dr. Pedro Perea Fajardo de Mayagüez durante el año escolar *1985* al *1988* y tomó el curso de *Soldadura y Curso General*.

(X) Se graduó el día: *27/mayo/1988*.

( ) No terminó el curso.

Se expide a solicitud de: *estudio*.

Cordialmente,

GLADYS M. HERNANDEZ ORTIZ
DIRECTORA

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Riverside County, California; that my business address is the Federal Public Defender's Office, 3801 University Avenue, Suite 150; Riverside, California 92501; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the DEFENDANT'S LETTER AND DOCUMENT RE: SENTENCING.

On November 10, 2010, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

PRIYA SOPORI
Assistant United States Attorney
United States Probation Officer
3880 Lemon Street, Suite 210
Riverside, California 92501

CHRISTINA AYE
U.S. Probation Officer
312 N. Spring Street
6th Floor
Los Angeles, CA 90012

This proof of service is executed at Riverside, California, on November 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DELFINA ARELLANO