UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Ramon Rodriguez<br><br>PLAINTIFF / DEFENDANT | CASE NUMBER:<br>EDCR08-00168-VAP<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/04/2015 @ 9:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    18 USC 3583

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: L. Boyd   (please print)

12. Office Phone Number: 951 276-6120     13. Agency: USMS

14. Signature: [signature]     15. Date: 11/04/2015

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION