# Rule 5 TRANSFER IN DOCUMENTS

CLOSED,E-Filing,REMOVE,SPANISH INTERPRETER

REDACTED

5:08cr00168-VAP.

## U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-71289-MAG All Defendants

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 8/24/2021

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      LM          DEPUTY
```

Case title: USA v. Rodriguez  
Other court case number: 5:08cr00168-VAP CDCA, LA  

Date Filed: 08/13/2021  
Date Terminated: 08/17/2021  

Assigned to: Magistrate Judge

**Defendant (1)**

**Ramon Rodriguez**  
*TERMINATED: 08/17/2021*

represented by **John Paul Reichmuth**  
Federal Public Defender's Office  
Oakland  
1301 Clay Street  
Suite 1350N  
Oakland, CA 94612  
(510) 637-3500  
Fax: 510-637-3507  
Email: john_reichmuth@fd.org  
*TERMINATED: 08/16/2021*  
*LEAD ATTORNEY*  
*Designation: CJA Appointment*

**Robert Michael Carlin**  
Federal Public Defender  
Northern District of California  
55 South Market Street  
Suite 820  
San Jose, CA 95113  
408-291-7753  
Fax: 408-291-7399  
Email: robert_carlin@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3583(e)(3) - Violation Petition | |

**Plaintiff**

USA  represented by  **Michael G Pitman**
150 Almaden Blvd. Suite 900
San Jose, CA 95113
(408) 535-5040
Fax: (408) 535-5066
Email: michael.pitman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Michael G. Pitman**
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5040
Fax: (408) 535-5066
Email: michael.pitman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2021 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Ramon Rodriguez (1). (cfeS, COURT STAFF) (Filed on 8/13/2021) **Pls. see Amended Notice as docket 2 .** Modified on 8/13/2021 (cfeS, COURT STAFF). (Entered: 08/13/2021) |
| 08/13/2021 |  | CASE DESIGNATED for Electronic Filing. (cfeS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/13/2021 | 2 | FIRST AMENDED NOTICE OF PROCEEDINGS on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure by USA as to Ramon Rodriguez (Pitman, Michael) (Filed on 8/13/2021) Modified on 8/13/2021 (cfeS, COURT STAFF). (Entered: 08/13/2021) |
| 08/13/2021 |  | Set Hearing as to Defendant Ramon Rodriguez Initial Appearance set for 8/13/2021 01:00 PM in San Jose, - Videoconference Only before Magistrate Judge Virginia K. DeMarchi. (pmcS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/13/2021 |  | CASE DESIGNATED for Electronic Filing. (cfeS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/13/2021 | 3 | **DUPLICATE ENTRY, SEE DOCKET 2** *** NOTICE *First Amended Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure* by USA as to Ramon Rodriguez (Pitman, Michael) (Filed on 8/13/2021) Modified on 8/13/2021 (cfeS, COURT STAFF). (Entered: 08/13/2021) |
| 08/13/2021 | 4 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Initial Appearance - Rule 5 as to Ramon Rodriguez held on 8/13/2021. All appearance by Zoom. Defendant consents to proceed by Zoom.<br><br>Detention Hearing set for 8/16/2021 01:00 PM before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorney: Mike Pitman.<br>Defendant's Attorney: John Paul Reichmuth, provisionally.<br>Probation Officer: Janie Zhuang.<br>Zoom 1:34-1:45pm (11mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes.<br><br>(cfeS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/16/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Status Conference as to Ramon Rodriguez held on 8/16/2021. All appearances by Zoom. Defendant consents to proceed by Zoom. |

| | | |
|---|---|---|
| | | Status Conference set for 8/17/2021 01:00 PM before Magistrate Judge Virginia K. DeMarchi.<br><br>Plaintiff's Attorney: Mike Pitman.<br>Defendant's Attorney: Robert Carlin.<br>Probation Officer: Juan Ramirez.<br>Zoom 1:45-1:50pm (05mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes.<br><br>(cfeS, COURT STAFF) (Filed on 8/16/2021) M (Entered: 08/17/2021) |
| 08/17/2021 | | Spanish Interpreter Needed in case as to Ramon Rodriguez (pmcS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021) |
| 08/17/2021 | 6 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Status Conference as to Ramon Rodriguez held on 8/17/2021. All appearances by Zoom. Defendant consents to proceed by Zoom. Defendant files Waiver of 5.1. Order REMOVED to the District of Central California.<br><br>Plaintiff's Attorney: Ann Hsieh s/a for M. Pitman.<br>Defendant's Attorney: Robert Carlin.<br>Probation Officer: Juan Ramirez.<br>Interpreter: Lupita Arce-Spanish<br>Zoom 1:01-1:04pm (03mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes.<br><br>(cfeS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021) |
| 08/17/2021 | 7 | CJA 23 Financial Affidavit by Ramon Rodriguez (cfeS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021) |
| 08/17/2021 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Ramon Rodriguez (cfeS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021) |
| 08/17/2021 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Ramon Rodriguez. Defendant committed to District of CENTRAL DISTRICT OF CA. Signed by Magistrate Judge Virginia K. DeMarchi on 8/17/21. (cfeS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021)** |
| 08/17/2021 | 10 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to CDCA, LA of a Rule 5, Rule 32, or Rule 40 Appearance as to Ramon Rodriguez. Your case number is: 5:08cr00168-VAP. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cfeS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021) |

**PACER fee: Exempt**

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

***WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.***

IN UNITED STATES: ■ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____
USA v. RAMON RODRIGUEZ         DOCKET NO: CR 21-71289-MAG; CD Cal. CR 08-00168-VAP
NAME OF PERSON REPRESENTED: RAMON RODRIGUEZ
■ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER_____
ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☐ NO → MONTH/YEAR OF LAST EMPLOYMENT: 2018. IN CUSTODY SINCE LATE 2019.
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☐ YES

### INCOME/ASSETS

**a. MONTHLY INCOME**

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages | NONE | | |
| Pension(s) | | | |
| Social Security | | | |
| Alimony | | | |
| Other (specify) | | | |

**b. OTHER INCOME** - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ NONE | |
| $ | |
| $ | |

**c. ASSETS:** Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| NONE | |
| | |
| | |

### FINANCIAL OBLIGATIONS/LIABILITIES

**a. DEPENDENTS** - List Names, Ages, And Relationships Of All Persons You Actually Support:
NONE

**b. MONTHLY EXPENSES & DEBTS**

| Expense | Amount | Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|---|---|
| Rent / Mortgage Payment | NO DEBTS | | | |
| Utilities | | | | |
| Insurance | | | | |
| Transportation Costs | | | | |
| Food | | | | |
| Alimony/Child Support | | | | |
| Other (specify) | | | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

/S/ Ramon Rodriguez                                August 16, 2021
Signature of Defendant or Other Person Represented      Date