FILED
10/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:08-CR-00168-VAP-1 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |
| RAMON RODRIGUEZ, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

(X) other: Allegations in the petition, including absconding from supervision; mental health issues; substance abuse issues

and/or

B. (X)   The defendant has not met his/her burden of establishing by clear and

    convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: Allegations in the petition; two new criminal convictions while on supervision, criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 13, 2021

                                    KENLY KIYA KATO  
                            UNITED STATES MAGISTRATE JUDGE